```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DAVID SKELTON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 06cr0334 EJG |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO EXTEND<br>) TIME TO POST PROPERTY BOND |
| DAVID SKELTON, | ) |
| Defendant. | ) |
| | ) Judge: Hon. Dale A. Drozd |

On August 4, 2006, this Court ordered Mr. Skelton released on an $80,000.00 property bond, said property bond to be posted no later than the close of business on August 18, 2006. On August 18, 2006, defendant requested and was granted an additional two (2) weeks to post the property bond. Defense counsel has requested but not yet received an updated appraisal of defendant's property. The property is located in Shasta County and the appraisal process is taking longer than originally anticipated. After the updated appraisal is received, it might still be necessary to request and review an updated title report.

Accordingly, the parties agree that the deadline for posting the property bond may be extended an additional two weeks, to September 15, 2006. This office has contacted Carolyn Delaney of the U. S. Attorneys' Office, and she has no objection to this request.

Dated:  September 1, 2006

Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |

 /s/ Carolyn Delaney                            /s/ Mary M. French
CAROLYN DELANEY                                 MARY M. FRENCH
Assistant U.S. Attorney                         Supervising Assistant
Attorney for Plaintiff                          Federal Defender
                                                Attorneys for Defendant
                                                DAVID SKELTON

**O R D E R**

**IT IS SO ORDERED.**

**DATED: September 1, 2006.**

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/skelton0334.ord

Stip/Order re: Property Bond             2