```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    DAVID SKELTON
 7

 8

 9                 IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,     ) No. CR-S-06-334 EJG
                                  )
13              Plaintiff,        ) STIPULATION AND ORDER CONTINUING
                                  ) STATUS CONFERENCE
14       v.                       )
                                  )
15  DAVID SKELTON,                ) Date: November 17, 2006
                                  ) Time: 10:00 a.m.
16              Defendant.        ) Judge: Edward J. Garcia
    _____ )
17
```

18       It is hereby stipulated between the parties, Mary M. French,

19  attorney for the defendant, and Carolyn Delaney, Assistant United

20  States Attorney, attorney for the plaintiff, that the status conference

21  hearing date of October 6, 2006 be vacated and a status conference

22  hearing date of November 17, 2006 at 10:00 a.m. be set.    This

23  continuance is requested because counsel for defendant is in the

24  process of on-going investigation, including requesting and reviewing

25  defendant's criminal history records, conducting interviews, and

26  researching guideline issues and other matters relevant to this case.

27       It is further stipulated that the period from October 6, 2006,

28  through and including November 17, 2006, should be excluded pursuant to

18 U.S.lC. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Respectfully submitted,

Dated: October 5, 2006

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
DAVID SKELTON

Dated: October 5, 2006                MCGREGOR W. SCOTT
                                      United States Attorney

/s/ Mary M. French for
_____
CAROLYN DELANEY
Assistant U.S. Attorney
per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated: October 5, 2006

_____  /s/ Edward J. Garcia
                                  EDWARD J. GARCIA
                                  United States District Judge

Stipulation & Order/Lopez            2