DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID SKELTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-334 EJG |
| Plaintiff, ) | |
| ) | WAIVER OF APPEARANCE |
| v. ) | |
| DAVID SKELTON, ) | |
| Defendant. ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

Pursuant to Fed.R.Crim.P. 43, defendant, DAVID SKELTON, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, further arraignments, entries of plea and status conferences.

The defendant agrees that his interest will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present.

The defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorney to set times and dates under that Act without his personal presence.

Dated: August 24, 2006

                                                /s/ David Skelton  
                                                DAVID SKELTON  
                                                (Original retained by attorney)

I concur in Mr. Skelton's decision to waive his presence at future proceedings.

Dated:  August 24, 2006                 Respectfully submitted,

                                                DANIEL J. BRODERICK  
                                                Federal Defender

                                                /s/ Mary M. French  
                                                MARY M. FRENCH  
                                                Supervising Assistant  
                                                Federal Defender  
                                                Attorney for Defendant  
                                                DAVID SKELTON

IT IS SO ORDERED.

Dated: October 18, 2006

                                                /s/ Edward J. Garcia  
                                                HONORABLE EDWARD J. GARCIA