1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700

5

6   Attorney for Defendant
    DAVID SKELTON

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )   No. CR-S-06-334 EJG
                                   )
13                 Plaintiff,      )   STIPULATION AND ORDER CONTINUING
                                   )   STATUS CONFERENCE
14       v.                        )
                                   )
15  DAVID SKELTON,                 )   Date:  December 15, 2006
                                   )   Time:  10:00 a.m.
16                 Defendant.      )   Judge: Edward J. Garcia
    _____ )
17

18       It is hereby stipulated between the parties, Mary M. French,

19  attorney for the defendant, and Carolyn Delaney, Assistant United

20  States Attorney, attorney for the plaintiff, that the status conference

21  hearing date of November 17, 2006 be vacated and a status conference

22  hearing date of December 15, 2006 at 10:00 a.m. be set.  This

23  continuance is requested because counsel for defendant is still in the

24  process of on-going investigation, including requesting and reviewing

25  defendant's criminal history records, conducting interviews, reviewing

26  discovery and researching guideline issues and other matters relevant

27  to this case.

28       It is further stipulated that the period from November 17, 2006,

1   through and including December 15, 2006, should be excluded pursuant to

2   18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

3   counsel and defense preparation.

4                                    Respectfully submitted,

5   Dated: November 15, 2006

6                                    DANIEL J. BRODERICK
                                     Federal Defender
7
                                     /s/ Mary M. French
8                                    _____
9   MARY M. FRENCH
    Supervising Assistant
    Federal Defender
10  Attorney for Defendant
    DAVID SKELTON
11

12  Dated: November 15, 2006          MCGREGOR W. SCOTT
                                      United States Attorney
13

14
                                      /s/ Mary M. French for
15                                    _____
16  CAROLYN DELANEY
    Assistant U.S. Attorney
    per telephonic authorization
17

18                                   **ORDER**

19  **IT IS SO ORDERED.**

20

21  Dated: November 15, 2006
                                      /s/Edward J. Garcia_____
22  _____
                                      EDWARD J. GARCIA
23                                    United States District Judge

24

25

26

27

28