```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    DAVID SKELTON
 7
 8
 9                  IN THE UNITED STATES DISTRICT COURT
10                 FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,    )  No. CR-S-06-334 EJG
                                 )
13               Plaintiff,      )  STIPULATION AND ORDER CONTINUING
                                 )  STATUS CONFERENCE
14       v.                      )
                                 )
15  DAVID SKELTON,               )  Date:  January 26, 2007
                                 )  Time:  10:00 a.m.
16               Defendant.      )  Judge: Edward J. Garcia
    _____)
17
```

18       It is hereby stipulated between the parties, Mary M. French,

19  attorney for the defendant, and Carolyn Delaney, Assistant United

20  States Attorney, attorney for the plaintiff, that the status conference

21  hearing date of December 15, 2006 be vacated and a status conference

22  hearing date of January 26, 2007 at 10:00 a.m. be set.  This

23  continuance is requested because counsel for defendant is still in the

24  process of on-going investigation, including requesting and reviewing

25  defendant's criminal history records, conducting interviews, reviewing

26  discovery and researching guideline issues and other matters relevant

27  to this case.

28       It is further stipulated that the period from December 15, 2006,

through and including January 26, 2007, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

                                          Respectfully submitted,

Dated: December 14, 2006

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Mary M. French
                                          _____
                                          MARY M. FRENCH
                                          Supervising Assistant
                                          Federal Defender
                                          Attorney for Defendant
                                          DAVID SKELTON

Dated: December 14, 2006          MCGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ Mary M. French for
                                          _____
                                          CAROLYN DELANEY
                                          Assistant U.S. Attorney
                                          per telephonic authorization

                                              **ORDER**

**IT IS SO ORDERED**.

Dated: December 14, 2006
                                          /s/ Edward J. Garcia_____
                                          EDWARD J. GARCIA
                                          United States District Judge