```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    DAVID SKELTON
 7

 8

 9                 IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    )  No. CR-S-06-334 EJG
                                 )
13              Plaintiff,       )  STIPULATION AND ORDER CONTINUING
                                 )  STATUS CONFERENCE
14        v.                     )
                                 )
15  DAVID SKELTON,               )  Date:  March 2, 2007
                                 )  Time:  10:00 a.m.
16              Defendant.       )  Judge: Edward J. Garcia
    _____)

17
```

18        It is hereby stipulated between the parties, Mary M. French,

19  attorney for the defendant, and Carolyn Delaney, Assistant United

20  States Attorney, attorney for the plaintiff, that the status conference

21  hearing date of January 26, 2007 be vacated and a status conference

22  hearing date of March 2, 2007 at 10:00 a.m. be set.  This continuance

23  is requested because counsel for defendant is still in the process of

24  on-going investigation, including requesting and reviewing defendant's

25  criminal history records, conducting interviews, reviewing discovery

26  and researching guideline issues and other matters relevant to this

27  case.

28        It is further stipulated that the period from January 26, 2007

through and including March 2, 2007, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

                                                    Respectfully submitted,

Dated: January 23, 2007

                                                   DANIEL J. BRODERICK
                                                   Federal Defender

                                                   /s/ Mary M. French
                                                 _____
                                                 MARY M. FRENCH
                                                 Supervising Assistant
                                                 Federal Defender
                                                 Attorney for Defendant
                                                 DAVID SKELTON

Dated: January 23, 2007          MCGREGOR W. SCOTT
                                                 United States Attorney

                                                 /s/ Mary M. French for
                                                 _____
                                                 CAROLYN DELANEY
                                                 Assistant U.S. Attorney
                                                 per telephonic authorization

                                                        **ORDER**

**IT IS SO ORDERED.**

Dated: January 23, 2007
                                                 /s/ Edward J. Garcia_____
                                                 EDWARD J. GARCIA
                                                 United States District Judge