DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID SKELTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-06-334 EJG |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| DAVID SKELTON, | Date: April 20, 2007 |
| | Time: 10:00 a.m. |
| Defendant. | Judge: Edward J. Garcia |

It is hereby stipulated between the parties, Mary M. French, attorney for the defendant, and Carolyn Delaney, Assistant United States Attorney, attorney for the plaintiff, that the status conference hearing date of April 6, 2007 be vacated and a status conference hearing date of April 20, 2007 at 10:00 a.m. be set. This continuance is requested because counsel for defendant is still in the process of on-going investigation, including requesting and reviewing defendant's criminal history records, conducting interviews, reviewing discovery and researching guideline issues and other matters relevant to this case.

It is further stipulated that the period from April 6, 2007

through and including April 20, 2007, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

                                          Respectfully submitted,

Dated: April 4, 2007

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Mary M. French
                                          _____
                                          MARY M. FRENCH
                                          Supervising Assistant
                                          Federal Defender
                                          Attorney for Defendant
                                          DAVID SKELTON

Dated: April 4, 2007                  MCGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ Mary M. French for
                                          _____
                                          CAROLYN DELANEY
                                          Assistant U.S. Attorney
                                          per telephonic authorization

                                                  **ORDER**

**IT IS SO ORDERED.**

Dated: April 4, 2007
                                          /s/ Edward J. Garcia
                                          EDWARD J. GARCIA
                                          United States District Judge