```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    DAVID SKELTON
 7
 8
 9                  IN THE UNITED STATES DISTRICT COURT
10                 FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,     )  No. CR-S-06-334 EJG
                                  )
13             Plaintiff,         )  STIPULATION AND ORDER CONTINUING
                                  )  STATUS CONFERENCE
14       v.                       )
                                  )
15  DAVID SKELTON,                )  Date:  June 29, 2007
                                  )  Time:  10:00 a.m.
16             Defendant.         )  Judge: Edward J. Garcia
    _____ )
17
```

18       It is hereby stipulated between the parties, Mary M. French,

19  attorney for the defendant, and Carolyn Delaney, Assistant United

20  States Attorney, attorney for the plaintiff, that the status conference

21  hearing date of May 18, 2007, be vacated and a status conference

22  hearing date of June 29, 2007, at 10:00 a.m. be set.  This continuance

23  is requested because the government has recently obtained defendant's

24  immigration A file and will be providing a copy to the defendant in the

25  near future.  The defense will be providing the immigration A file to

26  an immigration attorney to determine the immigration implications of

27  this case. Defense counsel needs time to consult with the immigration

28  attorney and get advice on the options available to Mr. Skelton, who is

a Canadian citizen, but has lived in the United States since childhood.

It is further stipulated that the period from May 18, 2007, through and including June 29, 2007, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Respectfully submitted,

Dated: May 17, 2007

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
DAVID SKELTON

Dated: May 17, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Mary M. French for
_____
CAROLYN DELANEY
Assistant U.S. Attorney
per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated: May 17, 2007

_____

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge

Stipulation & Order/Skelton                2