```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    DAVID SKELTON
 7
 8
 9                IN THE UNITED STATES DISTRICT COURT
10              FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,    )  No. CR-S-06-334 EJG
                                 )
13              Plaintiff,       )  STIPULATION AND ORDER CONTINUING
                                 )  STATUS CONFERENCE
14       v.                      )
                                 )
15  DAVID SKELTON,               )  Date:  July 27, 2007
                                 )  Time:  10:00 a.m.
16              Defendant.       )  Judge: Edward J. Garcia
    _____)
17
```

18       It is hereby stipulated between the parties, Mary M. French,

19  attorney for the defendant, and Carolyn Delaney, Assistant United

20  States Attorney, attorney for the plaintiff, that the status conference

21  hearing date of June 29, 2007, be vacated and a status conference

22  hearing date of July 27, 2007, at 10:00 a.m. be set.  This continuance

23  is requested because the defense has made arrangements to view the

24  evidence in the case and this involves reviewing the computer images.

25  The defense needs time to examine these images and consider a possible

26  resolution of the case.

27       It is further stipulated that the period from June 29, 2007,

28  through and including July 27, 2007, should be excluded pursuant to

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

                                          Respectfully submitted,

Dated: June 27, 2007

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Mary M. French
                                        _____
                                          MARY M. FRENCH
                                          Supervising Assistant
                                          Federal Defender
                                          Attorney for Defendant
                                          DAVID SKELTON

Dated: June 27, 2007                  MCGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ Mary M. French for
                                          _____
                                          CAROLYN DELANEY
                                          Assistant U.S. Attorney
                                          per telephonic authorization

                                                  **ORDER**

**IT IS SO ORDERED.**

Dated: June 27, 2007
                                              /s/ Edward J. Garcia
                                          EDWARD J. GARCIA
                                          United States District Judge