DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID SKELTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-334 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | |
| DAVID SKELTON, ) | Date: September 14, 2007 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Edward J. Garcia |
| _____ ) | |

It is hereby stipulated between the parties, Mary M. French, attorney for the defendant, and Carolyn Delaney, Assistant United States Attorney, attorney for the plaintiff, that the status conference hearing date of September 7, 2007, be vacated and a status conference hearing date of September 14, 2007, at 10:00 a.m. be set.  This continuance is requested because defense counsel is unavailable on September 7, 2007.

It is further stipulated that the period from September 7, 2007, through and including September 14, 2007, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

|     |                         |                                                                                                     |
| --- | ----------------------- | --------------------------------------------------------------------------------------------------- |
| 1   |                         | Respectfully submitted,                                                                             |
| 2   | Dated: August 8, 2007   |                                                                                                     |
| 3   |                         | DANIEL J. BRODERICK<br>Federal Defender                                                             |
| 4   |                         | /s/ Mary M. French                                                                                  |
| 5   |                         | _____                                                                      |
| 6   |                         | MARY M. FRENCH<br>Supervising Assistant<br>Federal Defender                                         |
| 7   |                         | Attorney for Defendant<br>DAVID SKELTON                                                             |

Dated: August 8, 2007            MCGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ Mary M. French for
                                 _____
                                 CAROLYN DELANEY
                                 Assistant U.S. Attorney
                                 per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated: August 8, 2007

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge