```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  DAVID SKELTON

 8

 9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,     ) NO. CR-S-06-MJ-0215 DAD
14                                )
               Plaintiff,         )
15                                ) STIPULATION AND ORDER TO EXTEND
         v.                       ) TIME TO POST PROPERTY BOND
16                                )
    DAVID SKELTON,                )
17                                )
               Defendant.         )
18                                ) Judge: Hon. Dale A. Drozd
    _____ )
19

20
```

21       On August 4, 2006, this Court ordered Mr. Skelton released on an
22  $80,000.00 property bond, said property bond to be posted no later than
23  the close of business on August 18, 2006.  Although most of the
24  required paperwork has been received, defense counsel needs additional
25  time to verify information on the title report and to possibly obtain
26  an updated title report, if necessary.  Accordingly, the parties agree
27  that the deadline for posting the property bond may be extended two
28  additional weeks, to September 1, 2006.  This office has contacted

Carolyn Delaney of the U. S. Attorneys' Office, and she has no objection to this request.

Dated:  August 18, 2006

Respectfully submitted,

McGREGOR W. SCOTT                        DANIEL J. BRODERICK
United States Attorney                   Federal Defender


 /s/ Carolyn Delaney                      /s/ Mary M. French
CAROLYN DELANEY                          MARY M. FRENCH
Assistant U.S. Attorney                  Assistant Federal Defender
Attorney for United States               Attorneys for DAVID SKELTON

**O R D E R**

**IT IS SO ORDERED**.

**DATED: August 18, 2006.**

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/skelton0215.ord

Stip/Order re: Property Bond            2