**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814

*Daniel J. Broderick*  (916) 498-5700  Fax: (916) 498-5710  *Linda C. Harter*
*Federal Defender*  *Chief Assistant Defender*

# M E M O R A N D U M

DATE:      December 17, 2007

TO:        Colleen Lydon, Courtroom Clerk to the
           Honorable Edward J. Garcia
           United States District Court Judge

FROM:      Shelley Mason, Legal Secretary on behalf of
           Mary M. French, Supervising Assistant Federal Defender

SUBJECT:   United States v. David Skelton
           CR-S-06-334 EJG

---

   Subject to approval of the Honorable Edward J. Garcia, Assistant United States Attorney Carolyn Delaney, United States Probation Officer Linda Dillon and counsel for defendant Mary M. French agree that the judgment and sentencing in the above matter currently scheduled for February 8, 2008, may be continued to **Friday, March 21, 2008, at 10:00 am.**

   The parties further agree to amend the schedule for disclosure as follows:

| | |
|---|---|
| The Proposed Pre-sentence Report due no later than | February 15, 2008 |
| Counsel's Written Objections due no later than | February 29, 2008 |
| Pre-sentence Report Shall be filed with the Court and disclosed to counsel no later than | March 7, 2008 |
| Motion for Correction due no later than | March 14, 2008 |

**Continuance of Judgment and Sentencing Approved:**

Dated: 12/18/07                     /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    United States District Judge


/slm
cc:   Linda Dillon, United States Probation Officer
      David Skelton