```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    DAVID SKELTON
 7

 8

 9                IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    )  No. CR-S-06-334 EJG
                                 )
13               Plaintiff,      )  STIPULATION AND ORDER MODIFYING
                                 )  RELEASE BOND
14       v.                      )
                                 )
15  DAVID SKELTON,               )  Judge:  Hon. Edmund F. Brennan
                                 )
16               Defendant.      )
    _____)
17
```

18       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United

19  States of America, through its counsel, Carolyn Delaney, and defendant,

20  DAVID SKELTON, through his attorney, Supervising Assistant Federal

21  Defender Mary M. French, as follows:

22       1.  The above case was first filed and defendant David Skelton

23  made his first appearance on August 4, 2006.  At that time, defendant

24  was ordered released on an $80,000 bond secured by defendant's home in

25  Cottonwood, California.  Said bond was posted and an appearance bond

26  issued on September 15, 2006.

27       2.  The defendant has fully complied with the conditions of his

28  release since the inception of this case in August 2006, and has

1  maintained regular contact with his current Pretrial Services Officer,
2  Becky Fidelman.  Ms. Fidelman has advised defense counsel that there
3  have been no violations of the conditions of his release.
4     3.  Defendant has asked defense counsel to request a release of
5  the lien on his property so that he can sell it.
6     4.  After discussion among the parties, both Assistant United
7  States Attorney Carolyn Delaney and United States Pretrial Services
8  Officer Ms. Fidelman agree to this change.  Accordingly, the parties
9  ask that the Court order that the property bond be exonerated and the
10 lien on Mr. Skelton's property be released and that the appearance bond
11 in the amount of $80,000 remain in effect.

                                        Respectfully submitted,

Dated: December 20, 2007

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Mary M. French
                                        _____
                                        MARY M. FRENCH
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        DAVID SKELTON


Dated: December 20, 2007                MCGREGOR W. SCOTT
                                        United States Attorney


                                        /s/ Mary M. French for
                                        _____
                                        CAROLYN DELANEY
                                        Assistant U.S. Attorney
                                        per telephonic authorization




//
//
//

Stipulation & Order
re Bond/Skelton                         2

**ORDER**

The above stipulation of the parties is adopted in its entirety. Mr. Skelton's release shall continue on the terms previously set by the magistrate judge, with the following modification:  the bond in the amount of $80,000.00 shall no longer be secured by real property located in Cottonwood, California, and shall be converted to an unsecured bond.

The Clerk of the Court is hereby directed to release any lien(s) filed against Mr. Skelton's real property and to reconvey said property to Mr. Skelton.

Dated: December 21, 2007

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE