McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>     v.                     )<br>                            )<br>DAVID SKELTON,              )<br>                            )<br>            Defendant.      )<br>_____) | CR. S. NO. 06-334 EJG<br><br><br><br>ORDER |

**ORDER**

Having considered the government's motion, it is hereby ordered that the Indictment is dismissed.

Dated:   January 11, 2008

                              _/s/ Edward J. Garcia_____
                              Honorable Edward J. Garcia
                              United States District Judge